IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE RAMIREZ-DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and with the agreement of the government,

IT IS ORDERED that Defendant Ramirez-Dominguez's sentencing is rescheduled to **1:00 p.m.** on Wednesday, May 21, 2008, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 20, 2008.            BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge