IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3165 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE RAMIREZ-DOMINGUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant. Treating the letter as a motion,

IT IS ORDERED that the Clerk shall file the letter and treated as a motion it is denied except that the Clerk shall mail to the defendant the forms for filing a 2255 motion.

DATED this 7th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge