IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3165 |
| | ) | |
| v. | ) | |
| | ) | **AMENDED** |
| JOSE RAMIREZ-DOMINGUEZ, | ) | **JUDGMEN**T |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against the defendant, Jose Ramirez-Dominguez, providing that he shall take nothing and his Motion to Vacate under 28 U.S.C. § 2255 as amended (filings 51 and 54) is denied and dismissed with prejudice.

    DATED this 23rd day of June, 2009.

                                             BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge